1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  ANDREW GROSSO, Esq., *pro hac vice pending*
   Agrosso@acm.org
8  ANDREW GROSSO & ASSOCIATES
   Georgetown Place
9  1101 Thirtieth St., NW, Suite 300
   Washington, D.C. 20007
10 Telephone:  (202) 298-6500
   Facsimile:   (202) 298-5599
11

12 Attorneys for Defendant
   PAXFIRE, INC.
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17

18 BETSY FEIST,                        | MISC. Case No. CV12-80121 JSW (EDL)

19                                     | **STIPULATION AND [PROPOSED]**
                    Plaintiff,         | **ORDER TO EXTEND BRIEFING**
20                                     | **SCHEDULE AS MODIFIED**

21     vs.

22 RCN CORP AND PAXFIRE, INC.,         | Mag. Judge:  Elizabeth D. Laporte
                                       | Ctrm:  E, 15th Floor
                    Defendants.
23

24

25

26

27

28
   ─────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER
   TO EXTEND BRIEFING SCHEDULE                         Misc. CV12-80121 JSW (EDL)

Plaintiff Betsy Feist ("Plaintiff"), together with Defendant Paxfire, Inc. ("Defendant" or "Paxfire"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS on May 23, 2012, Plaintiff noticed a Motion to Quash Subpoenas to Consultants and for Protective Order.  D.I. 1.;

WHEREAS on May 30, 2012, the Honorable Magistrate Judge Elizabeth D. Laporte scheduled a hearing on Plaintiff's Motion for July 3, 2012.  D.I. 6.;

WHEREAS Defendant's Opposition to Plaintiff's Motion is due on June 6, 2012, per Civil Local Rule 7-3;

WHEREAS Plaintiff's Reply to the Motion is due on June 13, 2012, per Civil Local Rule 7-3;

WHEREAS the Parties have agreed that Defendant may file its Opposition to Plaintiff's Motion by June 11, 2012 and Plaintiff may file a Reply to that Opposition by June 18, 2012.

WHEREAS the Parties so stipulate for the briefing of Plaintiff's Motion to Quash Subpoenas to Consultants and for Protective Order:

1. Defendant may file an Opposition to Plaintiff's Motion by June 11, 2012.
2. Plaintiff may file a Reply to the Opposition by June 18, 2012.
3. This Stipulation does not affect any case management deadlines.

SO STIPULATED AND AGREED

Dated:  June 5, 2012                BERGESON, LLP

_____/s/_____
Jaideep Venkatesan

Attorneys for Defendant
PAXFIRE, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated:  June 5, 2012                MILBERG LLP

_____/s/_____
Michelle Furukawa

- 1 -

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING SCHEDULE                                  Misc. CV12-80121 JSW (EDL)

- 2 -

1   Attorneys for Plaintiff
2   BETSY FEIST

3   IT IS SO ORDERED.   Additionally. the motion to quash (doc. 1) shall be heard on July 10, 2012 in
4   conjunction with the other pending motion to quash (doc.7).

5   Dated: _____June 6_____, 2012

   _____
   The Honorable Elizabeth D. Laporte
   United States District Magistrate
   Northern District of California

   **IT IS SO ORDERED AS MODIFIED**
   *Elizabeth D. Laporte*
   Judge Elizabeth D. Laporte