1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  ANDREW GROSSO, Esq., *pro hac vice*
   Agrosso@acm.org
8  ANDREW GROSSO & ASSOCIATES
   Georgetown Place
9  1101 Thirtieth St., NW, Suite 300
   Washington, D.C. 20007
10 Telephone:  (202) 298-6500
   Facsimile:   (202) 298-5599
11

12 Attorneys for Defendant
   PAXFIRE, INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 | BETSY FEIST, individually and on behalf of all others similarly situated, | MISC. Case No. CV12-80121 JSW (EDL) |
   |---|---|
   | Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANT PAXFIRE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENT SUBMITTED IN SUPPORT OF OPPOSITION TO PLAINTIFF BETSY FEIST'S MOTION TO QUASH SUBPOENAS TO CONSULTANTS AND REQUEST FOR PROTECTIVE ORDER |
   | vs. | |
   | RCN CORP AND PAXFIRE, INC., | |
   | Defendants. | |
   | | Mag. Judge:  Elizabeth D. Laporte |
   | | Ctrm:  E, 15th Floor |

28 [PROPOSED] ORDER GRANTING PAXFIRE'S ADMIN. MOTION TO FILE UNDER SEAL DOCUMENT SUBMITTED IN SUPPORT OF OPPOSITION TO PLAINTIFF MOTION TO QUASH SUBPOENAS Misc. CV12-80121 JSW (EDL)

Now before the Court is Defendant Paxfire, Inc.'s ("Paxfire") Administrative Motion for Leave to File Under Document Submitted in Support of Opposition to Plaintiff Betsy Feist's Motion to Quash Subpoenas to Consultants and Request for a Protective Order. Upon consideration of the motion and the supporting declaration of Jaideep Venkatesan filed therewith, the Court finds there to be good cause for granting Paxfire's request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

1. The parties possess overriding confidentiality interests that overcome the right of public access to the record in the following document(s):

    a. Letter from Ben Traynor to Peter D. Jacob attached as Exhibit O to the Declaration of Andrew Grosso submitted in support of Paxfire's Opposition to Plaintiff's Motion to Quash Subpoenas to Consultants and Request For Protective Order.

2. The parties' overriding confidentiality interests support sealing the record;

3. A substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed;

4. The proposed sealing is narrowly tailored; and

5. No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Defendant Paxfire, Inc.'s Administrative Motion for Leave to File Under Seal Document Submitted in Support of Opposition to Plaintiff Betsy Feist's Motion to Quash Subpoenas to Consultants and Request for a Protective Order is GRANTED.

**IT IS SO ORDERED.**

Dated: June 12, 2012

_____
Honorable Mag. Judge Elizabeth D. Laporte
United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING PAXFIRE'S ADMIN. MOTION TO FILE UNDER SEAL DOCUMENT SUBMITTED IN SUPPORT OF OPPOSITION TO FEIST'S MOTION TO QUASH SUBPOENAS   Misc. CV12-80121 JSW (EDL)