**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETSY FEIST, individually and on behalf of all others similarly situated,
    Plaintiff,

v.

RCN CORP. and PAXFIRE, INC.,
    Defendants.

No. MC -12-80121 JSW (EDL)

**ORDER**

The Stipulation re Defendant Paxfire, Inc.'s Administrative Motion for Leave To File Under Seal Document in Support of Opposition to Plaintiff Betsy Feist's Motion to Quash Subpoenas to Consultants and Request for Protective Order (Docket No. 12-3) is HEREBY DENIED. The parties' stipulation that "Paxfire may lodge all documents that RCN has previously designated as 'Confidential' under seal" does not appear to be in compliance with Civil Local Rule 79-5(a), which provides that a "stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal." The parties shall comply with Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: June 13, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge