RECEIVED
OFFICE COPY
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY FEIST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RCN CORP. and PAXFIRE, INC.,<br><br>Defendant. | CASE NO. 12-CV-80121 SI (NC)<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Melissa Ryan Clark, whose business address and telephone number is

Milberg LLP
One Pennsylvania Plaza, 50th Floor, New York, NY 10119-0165
(212) 594-5300

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/25/12

Susan Illston
United States District Judge