| | |
|---|---|
| 1 | DANIEL J. BERGESON, Bar No. 105439 |
| | dbergeson@be-law.com |
| 2 | MELINDA M. MORTON, Bar No. 209373 |
| | mmorton@be-law.com |
| 3 | JAIDEEP VENKATESAN, Bar No. 211386 |
| | jvenkatesan@be-law.com |
| 4 | BERGESON, LLP |
| | 303 Almaden Boulevard, Suite 500 |
| 5 | San Jose, CA 95110-2712 |
| | Telephone:  (408) 291-6200 |
| 6 | Facsimile:   (408) 297-6000 |

ANDREW GROSSO, Esq., *pro hac vice*
Agrosso@acm.org
ANDREW GROSSO & ASSOCIATES
Georgetown Place
1101 Thirtieth St., NW, Suite 300
Washington, D.C. 20007
Telephone:  (202) 298-6500
Facsimile:   (202) 298-5599

Attorneys for Defendant
PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>                    Defendants. | Misc. Case No. CV12-80121 SI (NC)<br><br>Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK<br>    Related cases:<br>        3:12-cv-80119 SI (NC)<br>        3:12-cv-80135 SI (NC)<br>        3:12-cv-80140 SI (NC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUING HEARING DATE ON EFF MOTION FOR DE NOVO DETERMINATION**<br><br>Date:  October 23, 2012<br>Time:  10:00 a.m.<br>Hon. Judge Susan Illston<br>Courtroom 10, 19th Floor |

Non-Parties Electronic Frontier Foundation and Peter Eckersley ("EFF"), together with Defendant Paxfire, Inc. ("Defendant" or "Paxfire"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS on August 27, 2012, EFF noticed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge re [34] Order on Motion to Quash ("Motion"). D.I. 36;

WHEREAS Defendant Paxfire's Opposition to EFF's Motion was electronically filed (Dkt. No. 39) on September 12, 2012;

WHEREAS EFF's Reply to the Motion was electronically filed on September 21, 2012 (Dkt. No. 42);

WHEREAS the hearing on EFF's Motion was reset by Clerk's Notice from October 19, 2012 to October 23, 2012 (Dkt. No. 46 in the CV12-80119 action);

WHEREAS counsel for Paxfire is not available to attend the hearing on October 23, 2012;

WHEREAS the Parties stipulate to moving the hearing on EFF's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge re [34] Order on Motion to Quash from October 23, 2012 to November 6, 2012 at 9:00 AM.

WHEREAS this Stipulation does not affect any case management deadlines.

SO STIPULATED AND AGREED

Dated:  October 12, 2012                    BERGESON, LLP

                                            _____/s/_____
                                            Jaideep Venkatesan

                                            Attorneys for Defendant
                                            PAXFIRE, INC.

In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence in the signing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 1 | Dated: October 12, 2012 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |
| 2 | | |
| 3 | | ____/s/   Tenaya M Rodewald_____ |
| 4 | | Tenaya M Rodewald, Esq.<br>James M. Chadwick, Esq. |
| 5 | | Attorneys for Non-Parties |
| 6 | | ELECTRONIC FRONTIER FOUNDATION and PETER ECKERSLEY |

**IT IS SO ORDERED**.

Dated: _____10/16_____, 2012

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

/s/ Susan Illston
_____
Susan Illston
United States District Judge
Northern District of California